IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**TONY L. BRYANT**                                                                                     **PLAINTIFF**

v.                              **CASE NO.: 2:07CV00078 BD**

**LISSANDRA MOORE, et al.**                                                                **DEFENDANTS**

## ORDER

A Bench Trial is scheduled in this matter for the week of August 25, 2008. The remaining Defendants have filed a Motion for Summary Judgment (docket entry #44). Plaintiff has not responded to the motion and the time for doing so has elapsed.

The Defendants previously filed a Motion to Dismiss (#29). Plaintiff did not respond to the motion to dismiss despite specific notice from the Court of Plaintiff's opportunity to file a response (#33).

The remaining Defendants also have filed a Motion to Dismiss for Lack of Prosecution (#53). Plaintiff's response to this motion is due July 24, 2008. If Plaintiff wishes to proceed with this action, he must counter the Defendants' assertion that he has no interest in pursuing this case. If Plaintiff again fails to respond, the Court may dismiss this action for failure to prosecute.

IT IS SO ORDERED this 15th day of July, 2008.

_____
UNITED STATES MAGISTRATE JUDGE